```
 1                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
 2                         ATLANTA DIVISION

 3   DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-1716-CC;
 4   SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING, INC. and
         TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;
 5   SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;
 6   WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;
 7   REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;
 8   EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;
 9   ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;
10   NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;
11   WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;
12   PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
         SPORTS, INC., and TURNER ENTERTAINMENT GROUP, INC.,
13       CIV. FILE NO. 1:00-CV-1152-CC;

14
                                               ORIGINAL
15

16   _____

17           DEPOSITION OF RICK M. REEVES   FILED IN CLERK'S OFFICE
                    MARCH 27, 2002              U.S.D.C. Atlanta
18                     9:55 A.M.
                                                JAN 0 8 2003
19   _____

                                           LUTHER D. THOMAS, Clerk
20                                         By: _____
                                                     Deputy Clerk
21

22

23

24

25              CERTIFIED COURT REPORTERS
```

The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
404-237-1990
800-317-5773

```
 1              IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF GEORGIA
 2                       ATLANTA DIVISION

 3   DAVIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-1716-CC;
 4   SAENGSIPHAN v. WORLD CHAMPIONSHIP WRESTLING, INC. and
           TURNER SPORTS, INC., CIV. FILE NO. 1:00-CV-1719-CC;
 5   SPEIGHT v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-1718-CC;
 6   WORTHEN v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-1717-CC;
 7   REEVES v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-1720-CC;
 8   EASTERLING v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-1715-CC;
 9   ONOO v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-0368-CC;
10   NORRIS v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-0369-CC;
11   WALKER v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., CIV. FILE NO. 1:00-CV-0367-CC;
12   PATTERSON v. WORLD CHAMPIONSHIP WRESTLING, INC. and TURNER
           SPORTS, INC., and TURNER ENTERTAINMENT GROUP, INC.,
13         CIV. FILE NO. 1:00-CV-1152-CC;

14

15                                          ORIGINAL

16

17          VIDEO DEPOSITION OF WILLIE J. WORTHEN
                       MARCH 18, 2002
18                      10:10 A.M.

19                                    FILED IN CLERK'S OFFICE
                                          U.S.D.C. Atlanta
20
                                           JAN 0 8 2003
21
                                     LUTHER D. THOMAS, Clerk
22                                   By: [signature] Deputy Clerk

23

24                                                    110

25              CERTIFIED COURT REPORTERS
 The Pinnacle, Suite 500 • 3455 Peachtree Road, N.E. • Atlanta, Georgia  30326 • www.premierrptg.com
                       404-237-1990
                       800-317-5773
```