**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 29 2003

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

<u>Davis v. World Championship Wrestling, Inc. and Turner
     Sports, Inc.</u>, Civ. File No. 1-00-CV-1716-CC;
<u>Saengsiphan v. World Championship Wrestling, Inc. and
     Turner Sports, Inc.</u>, Civ. File No. 1-00-CV-1719-CC;
<u>Speight v. World Championship Wrestling, Inc. and Turner
     Sports, Inc.</u>, Civ. File No. 1-00-CV-1718-CC;
<u>Worthen v. World Championship Wrestling, Inc. and Turner
     Sports, Inc.</u>, Civ. File No. 1-00-CV-1717-CC;
<u>Reeves v. World Championship Wrestling, Inc. and Turner
     Sports, Inc.</u>, Civ. File No. 1-00-CV-1720-CC;
<u>Easterling v. World Championship Wrestling, Inc. and Turner
     Sports, Inc.</u>, Civ. File No. 1-00-CV-1715-CC
<u>Onoo v. World Championship Wrestling, Inc., and Turner
     Sports, Inc.</u>, Civ. File No. 1:00-CV-0368-CC
<u>Norris v. World Championship Wrestling, Inc., and Turner
     Sports, Inc.</u>, Civ. File No. 1:00-CV-0369-CC
<u>Walker v. World Championship Wrestling, Inc., and Turner
     Sports, Inc.</u>, Civ. File No. 1:00-CV-0367-CC
<u>Patterson v. World Championship Wrestling, Inc., Turner
     Sports, Inc. and Turner Entertainment Group, Inc.</u>,
     Civ. File No. 1:01-CV-1152-CC

**NOTICE OF FILING ORIGINAL DEPOSITION TRANSCRIPT**

Plaintiffs in the above-styled matters hereby file the original deposition transcript of Dewayne E. Bruce taken on November 21, 2002.

This 28th day of April, 2003.

_____
Cary Ichter
Georgia Bar No.: 382515
Charles Gernazian
Georgia Bar No.: 291703
Michelle M. Rothenberg
Georgia Bar No. 615680

MEADOWS, ICHTER & BOWERS, P.C.
3535 Piedmont Road
14 Piedmont Center, Suite 1100
Atlanta, Georgia 30305
404-261-6020
                      Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served opposing counsel to this action with the foregoing **NOTICE OF FILING ORIGINAL DEPOSITION TRANSCRIPT** by causing a copy of same to be deposited in the United States Mail in a properly addressed envelope with postage affixed thereon and addressed as follows:

>Eric Richardson, Esq.
>Evan Pontz, Esq.
>Troutman Sanders LLP
>Suite 5200, Bank of America Plaza
>600 Peachtree Street, N.E.
>Atlanta, Georgia  30308-22165

This 28th day of April, 2003.

_____
Charles J. Gernazian